IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH and GLORIA WILLIAMS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:12-0024 |
| v. ) | Chief Judge Haynes |
| ) | |
| SHIRLEY CREEL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the parties' joint stipulation of dismissal. (Docket Entry No. 49). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. Each party to pay its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

**ENTERED** this the _17th_ day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court